# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McFadden, Trevor N. | U.S. District Court, District of Columbia | 08/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court for the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | Bloomberg BNA: Publishing and royalty agreement regarding legal treatise authored by the filer. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Bloomberg BNA (book royalties) | $2,490.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed (legal policy consultant) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason Law & Economics Center | January 23-27, 2019 | Islamorada, FL | Continuing Education Sessions | Lodging, Transportation, and Meals |
| 2. | The Federalist Society Student Division | March 7, 2019 | Charlottesville , VA | Speaking at The University of Virginia School of Law | Meals |
| 3. | The Federalist Society Student Division | March 19-20, 2019 | Ithaca, NY | Speaking at Cornell Law School | Lodging, Transportation, and Meals |
| 4. | The Federalist Society Student Division | April 11-12, 2019 | Chicago, IL | Speaking at The University of Chicago Law and Northwestern Law | Lodging, Transportation, and Meals |
| 5. | The Federalist Society Student Division | April 22-23, 2019 | Cambridge, MA | Speaking at Harvard Law School | Lodging, Transportation, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **McFadden, Trevor N.** | 08/10/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | The Federalist Society Student Division | October 21-23, 2019 | Ithaca, NY | Speaking at Cornell Law School | Lodging, Transportation, and Meals |
| 7. | The Federalist Society Student Division | October 28-30, 2019 | Charlottesville, VA | Speaking at The University of Virginia School of Law | Transportation and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Nelnet | Student Loan | K |
| 2. Nelnet | Student Loan | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. CapitalOne360 (cash) | A | Interest | K | T | | | | | |
| 3. American Bank (cash) | A | Interest | J | T | | | | | |
| 4. Wells Fargo (cash) | A | Interest | K | T | | | | | |
| 5. Suntrust Bank (cash) | A | Interest | J | T | | | | | |
| 6. Brokerage Account #1 (H) | | | | | | | | | |
| 7. Fidelity Cash Fund (cash) | A | Interest | J | T | | | | | |
| 8. Invesco QQQ TR Unit Ser 1 (QQQ) | A | Dividend | J | T | | | | | |
| 9. iShares S&P 500 Value ETF (IVE) | | None | J | T | Buy | 12/27/19 | J | | |
| 10. iShares Russell 2000 ETF (IWM) | A | Dividend | K | T | | | | | |
| 11. iShares S&P Small Cap 600 Value (IJS) | | None | J | T | Buy | 12/27/19 | J | | |
| 12. SPDR SER TR S&P Divid ETF (SDY) | A | Dividend | J | T | | | | | |
| 13. Select Sector Spdr TR Consumer Discretionary (XLY) | A | Dividend | K | T | | | | | |
| 14. Vanguard Group Div App ETF (VIG) | A | Dividend | K | T | | | | | |
| 15. Vanguard Intl Equity Index Fund Inc FTSE Emerging Markets ETF (VWO) | A | Dividend | | | Sold | 08/09/19 | J | | |
| 16. Vanguard Total Stock Market ETF (VTI) | A | Dividend | K | T | | | | | |
| 17. Brokerage Account #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Fidelity Gov't Cash Reserves (FDRXX) (cash) | A | Interest | K | T | | | | | |
| 19. Invesco QQQ TR Unit Ser 1 (QQQ) | A | Dividend | K | T | | | | | |
| 20. iShares MSCI Eurozone ETF (EZU) | A | Dividend | J | T | | | | | |
| 21. iShares Transportation Average ETF (IYT) | A | Dividend | J | T | | | | | |
| 22. iShares Core S&P 500 ETF (IVV) | A | Dividend | J | T | | | | | |
| 23. iShares Core S&P Mid-Cap ETF (IJH) | A | Dividend | K | T | | | | | |
| 24. iShares TR Nasdaq Biotech (IBB) | A | Dividend | J | T | | | | | |
| 25. Spdr S&P 500 ETF Trust Unit Ser 1 S&P (SPY) | A | Dividend | K | T | | | | | |
| 26. Spdr Ser TR S&P BK ETF (KBE) | A | Dividend | | | Sold | 08/09/19 | J | | |
| 27. Spdr Dow Jones Indl Avg ETF Tr Unit (DIA) | A | Dividend | K | T | | | | | |
| 28. Select Sector Spdr Tr Shs Ben Int Materials (XLB) | A | Dividend | J | T | | | | | |
| 29. Select Sector Spdr Tr Health Care (XLV) | A | Dividend | K | T | | | | | |
| 30. Select Sector Spdr Tr Energy (XLE) | A | Dividend | | | Sold | 08/09/19 | J | | |
| 31. Sector Spdr Tr Shs Ben Int Financial (XLF) | A | Dividend | K | T | | | | | |
| 32. Sector Spdr Tr Shs Ben Int Industrial (XLI) | A | Dividend | K | T | | | | | |
| 33. Sector Spdr Tr Shs Ben Int Technology (XLK) | A | Dividend | K | T | | | | | |
| 34. Vanguard Index S&P 500 ETF Shs New (VOO) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McFadden, Trevor N. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Total Stock Mkt ETF (VTI) | A | Dividend | J | T | | | | | |
| 36. Fidelity Total Bond ETF (FBND) | A | Dividend | K | T | Buy | 06/11/19 | K | | |
| 37. SSGA Active ETF TR SPDR TR Tactic (TOTL) | A | Dividend | K | T | | | | | |
| 38. Virginia 529 Account #1 (H) | | | | | | | | | |
| 39. Virginia 529 Invest Account - Active Aggressive | | None | K | T | Buy | 02/25/19 | K | | |
| 40. | | | | | Buy (add'l) | 11/12/19 | K | | |
| 41. Virginia 529 Invest Account - Active Conservative | | None | | | Sold (part) | 02/25/19 | K | | |
| 42. | | | | | Sold | 11/12/19 | K | | |
| 43. Virginia 529 Account #2 (H) | | | | | | | | | |
| 44. Virginia 529 Invest Account - Active Aggressive | | None | J | T | Buy | 02/25/19 | J | | |
| 45. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 46. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 47. Virginia 529 Invest Account - Active Conservative | | None | | | Sold (part) | 02/25/19 | J | | |
| 48. | | | | | Sold | 11/12/19 | J | | |
| 49. Virginia 529 Account #3 (H) | | | | | | | | | |
| 50. Virginia 529 Invest Account - Active Aggressive | | None | K | T | Buy | 02/25/19 | J | | |
| 51. | | | | | Buy (add'l) | 11/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McFadden, Trevor N.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Virginia 529 Invest Account - Active Conservative | | None | | | Sold (part) | 02/25/19 | J | | |
| 53. | | | | | Sold | 11/12/19 | J | | |
| 54. Virginia 529 Account #4 (H) | | | | | | | | | |
| 55. Virginia 529 Invest Account - Active Aggressive | | None | J | T | Buy | 02/25/19 | J | | |
| 56. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 57. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 58. Virginia 529 Invest Account - Active Conservative | | None | | | Sold (part) | 02/25/19 | J | | |
| 59. | | | | | Sold | 11/12/19 | J | | |
| 60. Virginia 529 Account #5 (H) | | | | | | | | | |
| 61. Virginia 529 Invest Account - Active Aggressive (X) | | None | J | T | Buy (add'l) | 12/31/19 | J | | |
| 62. Virginia 529 Invest Account - Active Conservative (Y) | | | | | | | | | |
| 63. Virginia 529 Account #6 (H) | | | | | | | | | |
| 64. Virginia 529 Invest Account - Active Aggressive | | None | J | T | Buy | 02/25/19 | J | | |
| 65. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 66. Virginia 529 Invest Account - Active Conservative | | None | | | Sold (part) | 02/25/19 | J | | |
| 67. | | | | | Sold | 11/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Trevor N. McFadden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544